IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| Matthew J. Durantee | : |  |
|  | : | Chapter 13 |
| Debtor | : |  |
|  | : | No. 16-13086 |
|  | : |  |
|  | : | Attorney I.D. No. 40499 |

CERTIFICATION OF SERVICE

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on October 25, 2016 I caused a true and correct copy of an Amended Chapter 13 Plan of Reorganization to be sent to each of the following interested parties by regular first-class mail or electronically:

U.S. Bank National Association
(Trustee for PHFA Loan Servicing)
211 N. Front Street
Harrisburg, PA 17101-1466

Capital One Auto Finance
933 Preston Rd.
Plano, TX 75024-2302

William C. Miller
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

/s/ James W. Zerillo, Esquire
James W. Zerillo, Esquire
937 N. Hanover Street
Pottstown, PA 19464
(610)326-9333
jzerillo@millerzerillolaw.com