United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-13086-jkf
Matthew J. Durante　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: Antoinett　　　　Page 1 of 1　　　　Date Rcvd: Dec 01, 2016
　　　　　　　　　　　　　　Form ID: 155　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
db　　　　　　Matthew J. Durante,　　2418 Anneto Drive,　　Pottstown, PA   19464-1046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:
　　　　　　JAMES W. ZERILLO    on behalf of Debtor Matthew J. Durante  jameszerillo@gmail.com,
　　　　　　 G28910@notify.cincompass.com
　　　　　　JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
　　　　　　 PENNSYLVANIA HOUSING FINANCE AGENCY).  bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
　　　　　　LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
　　　　　　 Pennsylvania Housing Finance Agency  lhaller@pkh.com,   dmaurer@pkh.com
　　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew J. Durante
        Debtor(s)                                                        Chapter: 13

                                                                                            Bankruptcy No: 16−13086−jkf
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 1st day of December, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                                Jean K. FitzSimon
                                                                                Judge ,
                                                                                United States Bankruptcy Court

                                                                                                                                                                                                                                                                      23 − 17
                                                                                                                                                                                                                                                                     Form 155