**IN THE UNITED STATES BANRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Matthew J. Durante | : | Chapter 13 |
| | : | |
| Debtor | : | No. 16-13086-jkf |
| | : | |
| | : | Attorney I.D. No. 40499 |

## APPLICATION FOR APPROVAL OF ATTORNEY'S FEES

The Application for Approval of Attorney's Fees by James W. Zerillo, Esquire, attorney for the debtor in accordance with Title 11 U.S.C § 329 and National Bankruptcy Rule 2002 (a) (7), 2016 (b) and 2017 (a), respectfully represents as follows:

1. Matthew J. Durante filed for relief under provisions of Chapter 13 of the United States Bankruptcy Code on April 29, 2016. The debtor's plan of reorganization was confirmed on December 3, 2016. James W. Zerillo, Esquire ("Counsel") is the attorney of record in the case.

2. Debtor has paid an attorney fee in the amount of Two Thousand Two Hundred Dollars ($2,200.00) for legal representation in this matter. The fee of Two Thousand Two Hundred Dollars ($2,200.00) covered the attorney's fees associated with counseling of the debtor, the preparation of the Chapter 13 Petition, phone calls from creditors who are listed on the petition, the attendance of Debtor's counsel at the 341 Meeting and the negotiations with various creditors and the Trustee pre-confirmation.

3. In addition to the services provided as above, up to and including the 341 Meeting, Counsel has performed or will perform services indicated as follows:

(a) amendments to Chapter 13 Plan   1.0 hours;
(b) defense of Trustee's Objection to Chapter 13 Plan   1.0 hours;
(c) continued representation of debtor through course of Plan   2.0 hours.

4. When not working on a fixed fee basis, Counsel bills at the rate of Two Hundred Fifty Dollars ($250.00) per hour for his time.

Wherefore, Counsel respectfully requests this Court to approve his fee in the amount of Three Thousand Two Hundred Dollars ($3,200.00) for representation of the debtor in this Bankruptcy proceeding in association with filing and confirmation of the Chapter 13 Plan and for representation subsequent to the 341 Meeting as set forth above.

Respectfully Submitted,

/s/ James W. Zerillo, Esquire
James W. Zerillo, Esquire
937 N. Hanover Street
Pottstown, PA 19464
(610)326-9333
jzerillo@millerzerillolaw.com