## IN THE UNITED STATES BANRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

      Matthew J. Durante      :
                                      :     No. 16-13086-jkf
          Debtor          :
                                      :     Attorney I.D. No. 40499

### ORDER GRANTING APPROVAL OF ATTORNEY'S FEES

AND NOW, this _____ day of _____, 2016, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is approved.

                                          BY THE COURT:

                                          _____

                                                              J.

cc:

Matthew Durante
2418 Anneto Drive
Pottstown, PA 19426

Capital One Auto Finance
933 Preston Road
Plano, TX 75024-2302

Pennsylvania Housing Finance
P.O. Box 15057
Harrisburg, PA 17105-5057

United Equitable Mortgage
5495 Belt Line Road, Suite 20
Dallas, TX 75254-7683

William C. Miller
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

James W. Zerillo on behalf of Debtor Matthew J. Durante
jameszerillo@gmail.com, jzerillo@millerzerillolaw.com