IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

      Matthew J. Durante    :    Chapter 13

             Debtor    :

                             :    No. 16-13086-jkf

                             :    Attorney I.D. No. 40499

## **CERTIFICATION OF SERVICE**

    I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on December 7, 2016 I caused a true and correct copy of an Application for Approval of Attorney's Fees and a Notice of Motion, Response Deadline and Hearing Date to be sent to each of the following interested parties by regular first-class mail or electronically:

Matthew Durante
2418 Anneto Drive
Pottstown, PA 19426

Capital One Auto Finance
933 Preston Road
Plano, TX 75024-2302

Pennsylvania Housing Finance
P.O. Box 15057
Harrisburg, PA 17105-5057

United Equitable Mortgage
5495 Belt Line Road, Suite 20
Dallas, TX 75254-7683

William C. Miller
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

<u>/s/ James W. Zerillo, Esquire</u>
James W. Zerillo, Esquire
937 N. Hanover Street
Pottstown, PA 19464
(610)326-9333
jzerillo@millerzerillolaw.com
