## IN THE UNITED STATES BANRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Matthew J Durante | : | Chapter 13 |
| | : | |
| Debtor | : | No. 16-13086-jkf |
| | : | |
| | : | Attorney I.D. No. 40499 |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the Application for Compensation of Attorney's Fees filed on December 7, 2016.

The undersigned further certifies that he has reviewed the Court's Docket in this case and that no answer, objection, or other responsive pleading to the Motion appears thereon.

Dated: <u>January 10, 2017</u>

By: <u>/s/ James W. Zerillo, Esq.</u>
James W. Zerillo, Esquire
Counsel for Debtor
937 N. Hanover Street
Pottstown, PA 19464
Tel. (610) 326-9333