IN THE UNITED STATES BANRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Matthew J. Durante      :
                                    :   No. 16-13086-jkf
          Debtor            :
                                    :   Attorney I.D. No. 40499

**ORDER GRANTING APPROVAL OF ATTORNEY'S FEES**

AND NOW, this <u>18th</u> day of <u>January</u>, 2016, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is approved.

                                              BY THE COURT:

                                              _____
Date: January 18, 2017                                                       J.

cc:

Matthew Durante
2418 Anneto Drive
Pottstown, PA 19426

Capital One Auto Finance
933 Preston Road
Plano, TX 75024-2302

```
Pennsylvania Housing Finance
P.O. Box 15057
Harrisburg, PA 17105-5057
```

```
United Equitable Mortgage
5495 Belt Line Road, Suite 20
Dallas, TX 75254-7683
```

William C. Miller
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

James W. Zerillo on behalf of Debtor Matthew J. Durante
jameszerillo@gmail.com, jzerillo@millerzerillolaw.com