United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13086-jkf
Matthew J. Durante                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 18, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db          Matthew J. Durante,    2418 Anneto Drive,    Pottstown, PA  19464-1046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
              JAMES W. ZERILLO    on behalf of Debtor Matthew J. Durante jameszerillo@gmail.com, G28910@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Matthew J. Durante    :
                                                :    No. 16-13086-jkf
        Debtor              :
                                                :    Attorney I.D. No. 40499

**ORDER GRANTING APPROVAL OF ATTORNEY'S FEES**

AND NOW, this **18th** day of **January**, 2016, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is approved.

BY THE COURT:

_____
                                                              J.

Date: January 18, 2017

cc:

Matthew Durante
2418 Anneto Drive
Pottstown, PA 19426

Capital One Auto Finance
933 Preston Road
Plano, TX 75024-2302

```
Pennsylvania Housing Finance
P.O. Box 15057
Harrisburg, PA 17105-5057

United Equitable Mortgage
5495 Belt Line Road, Suite 20
Dallas, TX 75254-7683

William C. Miller
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

James W. Zerillo on behalf of Debtor Matthew J. Durante
jameszerillo@gmail.com, jzerillo@millerzerillolaw.com
```