**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew J. Durante<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　Movant<br>　vs.<br>Matthew J. Durante<br>　　　　　　Debtor(s)<br>William C. Miller, Esq.<br>　　　　　　Trustee | NO. 16-13086 JKF<br><br>11 U.S.C. Section 362 |

# **ORDER**

AND NOW, this 23rd day of August, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 2418 Anneto Drive, Pottstown, PA 19464 ("Property"), as to Movant, or its successor or assignee, ~~so as to allow it to proceed with its rights and remedies under the terms of the mortgage on the Property, including but not limited to the right to foreclose against the Property~~.

_/s/ J. Ellen K. FitzSimon_

United States Bankruptcy Judge

Matthew J. Durante
2418 Anneto Drive
Pottstown, PS 19464

James W. Zerillo, Esquire
937 North Hanover Street
Pottstown, PA 19464

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532