# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-13086-ELF

MATTHEW J. DURANTE

2418 ANNETO DR

POTTSTOWN, PA 19464-1046

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MATTHEW J. DURANTE

  2418 ANNETO DR

  POTTSTOWN, PA 19464-1046

Counsel for debtor(s), by electronic notice only.

  JAMES WILLIAM ZERILLO ESQUIRE
  937 N HANOVER ST

  POTTSTOWN, PA 19464

Date: 10/26/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee