United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13086-elf
Matthew J. Durante                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2              Date Rcvd: Dec 06, 2017
                              Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db              Matthew J. Durante,    2418 Anneto Drive,    Pottstown, PA 19464-1046
cr              Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX 77210-4360
13719587       +Abington Memorial Hospital,    1200 Old York Rd,    Abington, PA 19001-3788
13719589        Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
13719590        BYL Collection Services, LLC,    301 Lacey St,    West Chester, PA 19382-3727
13744454       +Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Avenue,
                 Dept. APS,    Oklahoma City, OK 73118-7901
13719591        Capital One Auto Finance,    933 Preston Rd,    Plano, TX 75024-2302
13746207        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13719592        Capital One Credit,    PO Box 30285,   Salt Lake City, UT 84130-0285
13778486        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13719594        Grandview Medical Practice,    101 W 7th St Apt W,    Pennsburg, PA 18073-1512
13719595        Grimley Financial Corp,    30 Washington Ave Ste C-6,    Haddonfield, NJ 08033-3341
13719596        Jessica Mills,    741 Young Way,    Westminster, MD 21158-4234
13719598        Patient First,    119 Shoemaker Rd,    Pottstown, PA 19464-6429
13719599        Pennsylvania Housing Finance,    PO Box 15057,    Harrisburg, PA 17105-5057
13719602        Total Gym Fitness LLC,    835 Springdale Dr # 206,    Exton, PA 19341-2833
13804346       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13719603        United Equitable Mtg,    5495 Belt Line Rd Ste 20,    Dallas, TX 75254-7683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:35:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2017 01:35:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 07 2017 01:37:42
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13719588       +E-mail/Text: bky@americanprofit.net Dec 07 2017 01:35:41     American Profit Recovery,
                 34405 W 12 Mile Rd,    Farmington Hills, MI 48331-5608
13722427       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 07 2017 01:37:42
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13719593        E-mail/PDF: creditonebknotifications@resurgent.com Dec 07 2017 01:45:01     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
13719597        E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2017 01:35:05     Kohl's Credit,
                 PO Box 2983,    Milwaukee, WI 53201-2983
13751625        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2017 01:44:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13740831       +E-mail/Text: colleen.atkinson@rmscollect.com Dec 07 2017 01:36:10
                 Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
13719600        E-mail/Text: colleen.atkinson@rmscollect.com Dec 07 2017 01:36:10
                 Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
                                                                                                 TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13719601       ##Scotts Lawn Service,    1000 Schell Ln,    Phoenixville, PA 19460-6121
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Dec 06, 2017
                              Form ID: pdf900              Total Noticed: 29
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              JAMES W. ZERILLO    on behalf of Debtor Matthew J. Durante jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW J. DURANTE | Chapter 13 |
| Debtor | Bankruptcy No. 16-13086-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 6, 2017**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES WILLIAM ZERILLO ESQUIRE
937 N HANOVER ST

POTTSTOWN, PA 19464


Debtor:
MATTHEW J. DURANTE

2418 ANNETO DR

POTTSTOWN, PA 19464-1046